# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEITH KEMP,<br>    #1023595 | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | 2:09-cv-01410-KJD-RJJ |
| vs. | ) <br> ) | **ORDER** |
| HOWARD SKOLNIK, *et al.*, | ) <br> ) | |
| Defendants. | ) <br> ) | |

On December 14, 2009, plaintiff filed a motion challenging the order denying motion for relief from staff/law library (docket #11). The court denied plaintiff's motion, which he filed on November 20, 2009, because on August 7, 2009, this action was dismissed without prejudice (docket #3). Accordingly, this case is closed. Plaintiff is advised that if he wishes to seek relief he shall file a new application to proceed *in forma pauperis* and a new complaint. Plaintiff shall file no further documents in this closed case.

**IT IS THEREFORE ORDERED** that plaintiff's motion challenging the order denying motion for relief from staff/law library (docket #11) is **DENIED** because this case is closed.

1  **IT IS FURTHER ORDERED** that plaintiff shall file no further documents in this
2  closed case.  Any further documents that plaintiff attempts to file in this case shall be stricken.
3  DATED: August 20, 2010

_____
UNITED STATES DISTRICT JUDGE